# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:16CR229 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AMENDED ORDER |
| | ) | |
| ANNE REED, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Anne Reed (Reed) (Filing No. 17). Reed seeks a continuance of the trial of this matter scheduled for October 31, 2016. Reed's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Reed's motion to continue trial (Filing No. 17) is granted.

2. Trial of this matter is re-scheduled for **November 28, 2016,** before Judge Robert F. Rossiter, Jr., and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 24, 2016, and November 28, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge